# BISCEGLIE & ASSOCIATES, P.C.

Attorneys At Law
1527 Franklin Avenue, Suite 301
Mineola, New York 11501
(516) 414-2900

February 10, 2026

**Via: ECF Filing**
Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  **Ziv, et al. v. Lauria, et al**
     **Docket No. 2:25-cv-01103-NJC-LGD**

Dear Judge Choudhury:

  Counsel for all parties write jointly to advise the Court that the parties met and conferred today, February 9, 2026, and have agreed upon a proposed schedule for briefing Defendants' motion to dismiss Counts I–IV of the Amended Complaint. The parties also discussed and reached agreement regarding any request for extension of page limitations for the supporting and opposing memoranda of law.

  Please be advised of the following:

    - The parties have agreed that Defendants will serve their respective motions to dismiss by March 27, 2026.

    - Plaintiffs will file their opposition by June 5, 2026.

    - Defendants will file their reply by June 22, 2026.

    - The parties have further agreed to request that the Court permit each principal memorandum of law to extend up to 10 pages, and the opposition memorandum up to 10 pages per motion given the fact that the Court has decided that Plaintiffs shall file an omnibus response.

All sides reserve the right to request an amendment to the dates and/or page limitations. Finally, parties shall adhere to the bundling rule.

Respectfully,
**BISCEGLIE & ASSOCIATES, P.C.**

/s/ Angelo R. Bisceglie Jr.
By: Angelo R. Bisceglie, Jr., Esq.

cc: All counsel of record (via ECF)